UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERDICE MINIFIELD, | No. C 10-1753 MHP (pr) |
| Plaintiff, | **ORDER EXTENDING DEADLINE** |
| v. | |
| M. WHITE; et al., | |
| Defendants. | |

The court ordered plaintiff to file an amended complaint by May 28, 2010. He then requested and received an extension of that deadline; the new deadline was July 16, 2010. A couple of weeks after the court issued the order granting the extension of the deadline, plaintiff sent a letter indicating he did not know if the court had granted an extension of the deadline. In light of the foregoing, the court again extends the deadline for the filing of an amended complaint. Plaintiff must file his amended complaint no later than **August 20, 2010**. No further extensions of this deadline will be permitted.

IT IS SO ORDERED.

Dated: July 28, 2010

_____
Marilyn Hall Patel
United States District Judge