UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MERDICE MINIFIELD,

       Plaintiff,

  v.

M. WHITE; et al.,

       Defendants.
                                      /

No. C 10-1753 MHP (pr)

**ORDER OF DISMISSAL**

      Plaintiff filed this pro se prisoner's civil rights action under 42 U.S.C. § 1983. The court reviewed his complaint pursuant to 28 U.S.C. § 1915A, found that it did not state a claim upon which relief may be granted, and dismissed it with leave to amend. Plaintiff did not file an amended complaint and the deadline by which to do so has long passed. This action is dismissed for failure to state a claim upon which relief may be granted. The clerk shall close the file.

      IT IS SO ORDERED.

Dated: October 12, 2010

                                            Marilyn Hall Patel
                                            United States District Judge